IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WENDY WILLIAMS,** | : |
|     **Plaintiff,** | : |
| **vs.** | :   **CIVIL ACTION 09-0086-CG-N** |
| **CITY OF MOBILE,** | : |
|     **Defendant.** | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED with prejudice**, prior to service of process, pursuant to 28 U.S.C. § (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 11th day of December, 2009.

                                            /s/ Callie V. S. Granade
                                            CHIEF UNITED STATES DISTRICT JUDGE